IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | 4:03cr3085 |
| ) | |
| v. ) | |
| ) | |
| VERNON STRAUCH, ) | ORDER |
| ) | |
| Defendants. ) | |
| ) | |

The Clerk's Office has requested that Document Number 168 be stricken from the record for the following reason(s):

- Incorrect pdf document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 168 from the record. The party is directed to re-file the document.

DATED this 26th day of July, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge