IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff,  )<br>            )<br>vs.         )<br>            )<br>            )<br>VERNON STRAUCH  )<br>    Defendants.  ) | CASE NO: 4:03cr3085<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

  Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendants, Vernon Strauch, shall either 1) withdraw the following exhibits previously submitted in this matter within 10 business days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

    Exhibit number(s): 101 - 104

    Hearing type(s): Sentencing hearing

    Date of hearing(s): 9/16/2005

  If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

  IT IS SO ORDERED.

  February 14, 2007.

                           s/ Richard G. Kopf
                           United States District Judge